UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-cr-126-FL-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONITO GOMEZ | ORDER |

This matter having come before the Court by joint motion of the Office of the Federal Public Defender and the United States Attorney's Office to set sentencing at the time of arraignment for the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment and sentencing hearing shall be scheduled for the September 12, 2023 term of court.

IT IS SO ORDERED.

This  14  day of August, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge